

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00843-CR

Noah Thomas **JUAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR009490W
Honorable Miguel Najera, Judge Presiding

**ORDER**

Sitting:      Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 19, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk